IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:21CR 308 |
| | § | Judge Jordan |
| ISRAEL SANCHEZ MONTOYA | § | |
| a.k.a. Israel Sanchez-Montoya | § | |
| a.k.a. Israel Sanchezmontoya | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT ONE**

FILED NOV 10 2021
Clerk, U.S. District Court
Texas Eastern

Violation: 8 U.S.C. § 1326(a) and (b) (Reentry of Deported Alien)

On or about October 12, 2021, in the Eastern District of Texas, the defendant, **Israel Sanchez Montoya, a.k.a. Israel Sanchez-Montoya, a.k.a. Israel Sanchezmontoya,** an alien who previously had been denied admission, excluded, deported, and removed on or about December 21, 2017, knowingly was found in the United States. The defendant did not obtain consent for reapplication for admission into the United States from the Secretary of the Department of Homeland Security.

All in violation of 8 U.S.C. § 1326(a) and (b).

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
Acting United States Attorney

WILLIAM R. TATUM
Assistant United States Attorney

Indictment/Notice of Penalty - Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:21CR |
| | § | Judge |
| ISRAEL SANCHEZ MONTOYA | § | |
| a.k.a. Israel Sanchez-Montoya | § | |
| a.k.a. Israel Sanchezmontoya | § | |

## NOTICE OF PENALTY

Violation:   8 U.S.C. §1326(a) and (b)

Penalty:   Not more than two years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than one year;

If removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony other than an aggravated felony - not more than 10 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years;

If removal was subsequent to a conviction for commission of an aggravated felony - not more than 20 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years.

Special Assessment: $100.00

Indictment/Notice of Penalty - Page 2